■ In the Matter of GEORGE SANTOS, Petitioner, v GLENN S. GOORD, as Commissioner of the Department of Correctional

Services, et al., Respondents. [725 NYS2d 579] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination in which he was found guilty of violating the prison disciplinary rules that prohibit possession of a weapon and possession of an altered item. The determination has since been annulled and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Witherspoon v Goord*, 243 AD2d 931).

Mercure, J. P., Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.